03-16-00679-CR

Mary Scopas
207th Judicial District Court Reporter
Serving Comal, Hays and Caldwell Counties
(512) 757-0387
Scopam@co.comal.tx.us


November 21, 2016


Third Court of Appeals


Re:  Cause No. CR-13-0519, State of Texas v. Lisa
Gilmore, In the 207th Judicial District Court, Hays
County, Texas.


To Whom it May Concern:


     I am respectfully requesting an additional 30

days for the appellant to make payment arrangements for

the appellate record in the above-referenced case.



               Very Truly Yours,



               **\s\ Mary Scopas**
               Mary Scopas, CSR, RPR
               CSR #5313 -  Expiration Date: 12/31/16
               RPR #812407 - Expiration Date: 09/30/19